IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 SEP 24  PM 4 56

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KAREN MICHELLE COX,<br><br>        Defendant. | No. 15-CR-180-J<br><br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)<br>(Conspiracy to Distribute Methamphetamine) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about July 1, 2014, through and including the date of this indictment, in the District of Wyoming and elsewhere, the Defendant, **KAREN MICHELLE COX,** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with persons known and unknown to the grand jury to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | KAREN MICHELLE COX |
| **DATE:** | September 21, 2015 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Casper** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)**<br>Conspiracy to Distribute Methamphetamine<br><br>10 Years To Life Imprisonment<br>$10,000,000 Fine<br>5 Years to Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Cody Ruiz, DCI |
| **AUSA:** | Stephanie I. Sprecher, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |