STEPHANIE I. SPRECHER
Wyoming State Bar No. 6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82601
(307) 261-5434
stephanie.sprecher@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 SEP 24 PM 4 56

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN MICHELLE COX,

    Defendant.

Case No. 15-CR-180-J

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **10+ year drug offense**
> **Serious risk Defendant will flee**

2.    Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Defendant's appearance as required**
> **Safety of any other person and the community**

1

3.     Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

> **Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)**

4.     Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

> **After a continuance of three days**

**DATED** this 21st day of September, 2015.

                                         CHRISTOPHER A. CROFTS
                                         United States Attorney

By: _____
                                         STEPHANIE I. SPRECHER
                                         Assistant United States Attorney